
FILED
NOV 9 2016
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-30164 |
| Plaintiff, | INDICTMENT |
| v. | ASSAULT BY STRIKING, BEATING AND WOUNDING |
| MARWAN SADEKNI, | 18 U.S.C. §§ 7 and 113(a)(4) |
| Defendant. | |

The Grand Jury charges:

COUNT I

On or about between the 23rd day of January, 2015, and the 31st day of January, 2015, at the Indian Health Service Hospital in Rosebud, in the territorial jurisdiction of the United States, in the District of South Dakota, Marwan Sadekni, did unlawfully assault Michelle Knepper, by striking, beating and wounding her, in violation of 18 U.S.C. §§ 7 and 113(a)(4).

COUNT II

On or about 25th day of February, 2015, at the Indian Health Service Hospital in Rosebud, in the territorial jurisdiction of the United States, in the District of South Dakota, Marwan Sadekni, did unlawfully assault Michelle Knepper, by striking, beating and wounding her, in violation of 18 U.S.C. §§ 7 and 113(a)(4).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By _[signature]_____